UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ANNA E. CHARLTON,** *et al.*, | Civ. No. 2:13-cv-05236 (WJM) |
| Plaintiffs, | |
| v. | **ORDER** |
| **DANIEL I. WERFEL,** | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant's request to stay briefing and consideration of Plaintiffs' motion for a preliminary injunction. The Department of Justice represents Defendant in this case. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department of Justice lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working. Therefore, a stay is warranted. For the foregoing reasons; and for good cause appearing;

**IT IS** on this 7th day of October 2013, hereby,

**ORDERED** that Defendant's request is **GRANTED**.
.

                                                 /s/ William J. Martini
                                       **WILLIAM J. MARTINI, U.S.D.J.**